# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Veronica T. Jumpp          Case Number 06-40677    (JBR)
                                  Chapter 13

#19 Debtor's Motion to Extend The Automatic Stay and #24 Objection of Chase Home Finance, LLC
Lawson Williams for Debtor
Andrew S. Harmon for Chase Home Finance, LLC

## COURT ACTION:

**Show Cause Order**        _____ Released          _____ Enforced
_____ Granted             _____ Approved          _____ Moot
_____ Denied              _____ Denied Without Prejudice
_____ Withdrawn in Open Court
_____ Sustained           _____ Overruled
_____ Continued to _____
_____ Proposed Order to be Submitted by _____
_____ Stipulation to be Submitted by _____
_____ Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

#19 DENIED.
DEBTOR'S MOTION TO "EXTEND" THE STAY ARISES UNDER SECTION 362(c)(3)(A) and (B), WHICH REQUIRES THE MOTION BE FILED AND NOTICE AND HEARING TAKE PLACE "BEFORE THE EXPIRATION" OF 30 DAYS AFTER THE FILING OF THE CASE. HERE THE MOTION WAS FILED ON THE 30TH DAY, AND THUS IT WAS NOT POSSIBLE TO GIVE NOTICE AND HOLD A HEARING PARTICULARLY SINCE NO EMERGENCY MOTION WAS FILED. SECTION 362(c)(4)(B) RELIEF WAS NOT SOUGHT IN THE MOTION. THE ISSUE OF "GOOD FAITH" IS NOT DEALT WITH, AS THAT ONLY ARISES IF THE COURT HAS THE POWER TO GRANT THE MOTION, WHICH IT DOES NOT AFTER THE 30 DAY PERIOD.

SO ORDERED:

*Joel B. Rosenthal*                                   Dated 06/06/2006
_____
**Joel B. Rosenthal**
**United States Bankruptcy Judge**